UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | CRIM. NO.: 10-751(FSH) |
| | : | |
| | : | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| DAVID MAYO, Defendant. | : | |

This matter having been opened to the Court upon an application by Paul Condon, Esq., appearing for Defendant David Mayo, for an Order modifying the conditions of Defendant's pretrial release, and with no objection from Jennifer Pace of the District of New Jersey Pretrial Services, and with Assistant United States Attorney Lee Vartan having no objection to the modifications of Pretrial Release, and for good and sufficient cause shown;

It is on this ___10th___ day of January, 2011;

**ORDERED**, that the conditions of Defendant David Mayo's pretrial release shall be modified as follows:

1. Defendant shall be permitted to leave his premises on Monday evenings, commencing January 10, 2011 though April 22, 2011 from 4 p.m. until 9 p.m. to attend Intro to Managerial Statistics (MGT 5006) class at Florida Institute of

Technology, in Huntsville, Alabama.

2. Defendant is permitted to use a computer for purposes of education, specifically work necessary to fulfill the requirements of the above referenced class.

3. Defendant consents to monitoring of his computer use by Pretrial Services to ensure said use is confined to work necessary to satisfy the requirements of the above referenced class. This consent permits Pretrial Services to make unannounced visits to Defendant's home to ensure compliance with this modification of Defendant's pretrial release conditions.

It is further **ORDERED** that the remaining conditions of pretrial supervised release, including electronic monitoring, shall remain in full effect.

_____
HON. FAITH S. HOCHBERG, U.S.D.J.